# COMPLAINT

### (for non-prisoner filers without lawyers)



U.S. District Court
Wisconsin Eastern

APR 20 2026

FILED
Clerk of Court

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Jared Michael Williquette

v.

(Full name of defendant(s))

Florence County, WI

Florence County Sheriff's Office

Eric Windell

Case Number:

**26 -C- 686**

(to be supplied by Clerk of Court)

A.   PARTIES

1.   Plaintiff is a citizen of Wisconsin and resides at
(State)

2675 Montgomery Lake Rd. Florence, WI 54121
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant Eric Windell
(Name)

Complaint – 1

## Defendants

Defendant Benjamin Neuens, unknown address, worked for The Florence County Sheriff's Office

Defendant, Florence County District Attorney's Office, 501 Lake Ave., Florence, WI 54121

Defendant, Florence County Sheriff's Office, 425 Lake Ave., Florence, WI 54121

Defendant, Florence County WI

is (if a person or private corporation) a citizen of  Wisconsin

(State, if known)

and (if a person) resides at  5502 Cross Cut Rd. Florence, WI 54121

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  the Florence County Sheriff's Office

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Attached

## Statement of Claim

On the evening of May 7, 2023, plaintiff Jared Williquette was residing at my residence in Florence, Wisconsin. Officers Eric Windell and Ben Neuens of the Florence County Sheriff's Office violated my rights and assaulted me under color of law in violation of 18 USC § 242, using excessive and unwarranted force, criminally interfering with my residence. Eric Windell initiated this attack pulling me off a flight of steps knowing I am a disabled individual. I was permanently injured, while being forcefully removed from the legal bounds of my residence and domicile without a warrant or exigent circumstance. This assault occurred without warning or provocation immediately after I asked three separate times if I was under arrest and the officers refusing to answer.

Officer Windell and Officer Neuens' actions can only be due to negligence, malice and ignorance of the law. Their actions directly resulted in not only degenerative and permanent injuries but also seven broken ribs, a broken foot, a winged scapula from left long thoracic nerve damage, a torn labrum, partial rotator cuff tear, and traumatic spinal injuries. Some of these injuries still require surgery and are being further evaluated.

After the original incident, I allege that the district attorney's office and the Office of the Sheriff in violation of 18 USC § 241 conspired to deprive me of my rights by dismissing charges and allegations by Officer Windell they knew to be false. Officer Windell made these allegations to cover his own indiscretions. They did this to prevent facts from coming to light and being heard by a jury when I demanded a trial, after they spent almost a year trying to coerce me into pleading guilty with threats of worse charges and longer imprisonment.

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Attached

## Relief Wanted

I am seeking monetary compensation in the amount of $4,800,000 based on permanent injuries, medical costs, averaged lost wages for the remainder of my working life, permanent pain and suffering, and violations of my civil rights. I am no longer able to perform work that I was capable of and have lost out on the opportunity to return to both my career and what I was trained in prior as a result. Both my former career and the trade I am educated in are no longer physically feasible. Physical labor of any kind has become extremely difficult and painful.

I am requesting a review of the hiring and training practices of the Florence County Sheriff's Office and the pattern and practice of the denial of civil rights within the county. I would also like a review of the Office of the Sheriff and the District Attorney's Office and how they operate within the dimension of personal relationships, conflict of interest, bias and discrimination.

I would also request the individuals involved be referred for criminal prosecution under 18 USC § 241 and 18 USC § 242.

E.    JURY DEMAND

I want a jury to hear my case.

■ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___15th___ day of _____April_____ 20_26_ .

Respectfully Submitted,

_____
Signature of Plaintiff

262-202-0952
_____
Plaintiff's Telephone Number

jaredw1016@gmail.com
_____
Plaintiff's Email Address

2675 Montgomery Lake Road
_____

Florence, WI 54121
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

■    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5